UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                                    )   CIVIL ACTION NO. 04-30129-MAP
**PATRICIA WASHINGTON,**            )
                                    )
    Plaintiff,                      )   JAMES E. WALLACE, JR BBO# 513440
                                    )   KATHRYN E. ABARE BBO# 647594
    v.                              )
                                    )
**SPRINGFIELD COLLEGE,**            )
                                    )
    Defendant.                      )
_____)

## NOTICE OF APPEARANCE

Please notice the appearances of James E. Wallace, Jr. and Kathryn E. Abare with the law firm of Bowditch & Dewey, LLP, as counsel for Defendant Springfield College in the above-captioned matter.

        SPRINGFIELD COLLEGE

        By its attorneys,

        /s/  James E. Wallace, Jr.
        James E. Wallace, Jr., BBO# 513440
        Kathryn E. Abare, BBO# 647594
        Bowditch & Dewey, LLP
        311 Main Street, P.O. Box 15156
        Worcester, MA  01615-0156
        (508) 791-3511

Dated:  October 12, 2004