# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

| | | |
|---|---|---|
| _____ | ) | **CIVIL ACTION NO. 04-30129-MAP** |
| **PATRICIA WASHINGTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **JAMES E. WALLACE, JR BBO# 513440** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SPRINGFIELD COLLEGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Please notice the appearance of James E. Wallace, Jr. with the law firm of Bowditch &

Dewey, LLP, as counsel for Defendant Springfield College in the above-captioned matter.

SPRINGFIELD COLLEGE

By its attorneys,

/s/  James E. Wallace, Jr.
James E. Wallace, Jr., BBO# 513440
Kathryn E. Abare, BBO# 647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
(508) 791-3511

Dated:  October 12, 2004

#04-30129