UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| PATRICIA WASHINGTON, ) | CIVIL ACTION NO. 04-30129-MAP |
| ) | |
| Plaintiff, ) | JAMES E. WALLACE, JR BBO# 513440 |
| ) | KATHRYN ABARE-O'CONNELL BBO# 647594 |
| v. ) | |
| ) | |
| SPRINGFIELD COLLEGE, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATION UNDER LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D) and in compliance with the Court's Order for Scheduling Conference, Defendant Springfield College and its counsel affirm that they have conferred:

(1) With a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of litigation;

(2) To consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

*Mary P. Dunn*
Mary P. Dunn, Director of Human Resources

Springfield College

By its attorneys,

*James E. Wallace*
James E. Wallace, Jr., BBO# 513440
Kathryn Abare-O'Connell, BBO# 647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-15156
(508) 791-3511

Dated: Nov. 29, 2004