UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|                          |   |                              |
|--------------------------|---|------------------------------|
| PATRICIA WASHINGTON,     | : |                              |
|                          | : |                              |
| Plaintiff,               | : |                              |
|                          | : |                              |
| v.                       | : | Civil Action No. 04-30129 -MAP |
|                          | : |                              |
| SPRINGFIELD COLLEGE,     | : |                              |
|                          | : |                              |
| Defendant.               | : |                              |

_____:

## ASSENTED TO MOTION TO RESCHEDULE SCHEDULING CONFERENCE

The plaintiff in the above-entitled matter respectfully requests that the Court reschedule the scheduling conference set for December 10, 2004, at 11:30 p.m. to the Court's next available date.   As grounds for this motion the plaintiff states as follows:

(1)  Counsel for the plaintiff has an unforeseen family medical emergency that will take her out of town on the date of the scheduling conference;

(2)  No prejudice to the parties will result as a result of the change in date for the scheduling conference.

**Counsel for the defendant has been contacted and assents to this motion.**

Dated: December 7, 2004

PLAINTIFF,
 By:


__/s/ Suzanne Garrow_____
Her attorney
Suzanne Garrow BBO# 636548
Heisler, Feldman & McCormick, PC
1145 Main Street, Ste. 508
Springfield, MA  01103
Phone (413) 788-7988

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for the defendant via electronic and by First Class Mail on December 7, 2004.


_____/s/  Suzanne Garrow_____
Suzanne Garrow