UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA WASHINGTON,

        Plaintiff,

v.                                                  Civil Action No. 04-30129 -MAP

SPRINGFIELD COLLEGE,

        Defendant.

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: 12/7/04

_____
PATRICIA WASHINGTON