Ο AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

| | |
|---|---|
| PATRICIA WASHINGTON<br><br>V.<br><br>SPRINGFIELD COLLEGE | **NOTICE**<br><br>CASE NUMBER:   04cv30129-MAP |

TYPE OF CASE:

|   |   |   |
|---|---|---|
| : | **CIVIL** | **CRIMINAL** |

9  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENCE

:  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **January 6, 2005, at 11:30 a.m.** | **January 25, 2005, at 9:30 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| January 7, 2005 | /s/ *Bethaney A. Healy* |
| DATE | (BY) DEPUTY CLERK |

TO:     ALL  COUNSEL OF RECORD