UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA WASHINGTON,           )
          Plaintiff    )
                       )
v.                             )   Civil Action No. 04-30129-KPN
                       )
                       )
SPRINGFIELD COLLEGE,           )
          Defendant    )

SCHEDULING ORDER
January 25, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery, except requests for admissions, shall be served by March 31, 2005.

2. Non-expert depositions shall be completed by August 1, 2005.

3. Counsel shall appear for a case management conference on August 30, 2005, at 2:30 p.m. in Courtroom Three.

4. Counsel shall appear for a final pretrial conference on October 14, 2005, at 2:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

5. Trial shall commence on October 24, 2005, at 9:00 a.m.

IT IS SO ORDERED.

                                                    /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge

Case 3:04-cv-30129-KPN    Document 14    Filed 01/25/2005    Page 2 of 2