UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA WASHINGTON,                :
        Plaintiff,                       :
                                         : DOCKET NO. 04-cv-30129-KPN
                                         :
v.                                  :
                                         :
SPRINGFIELD COLLEGE,                :
        Defendant.                      :

## JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

The parties in the above-entitled matter respectfully request that the Pretrial Scheduling Order be amended as follows:

(1) Non-expert depositions to be completed by September 15, 2005;

(2) The case management conference be re-set to another date after September 15, 2005; and

(3) The trial in this matter be re-set to another date to allow time to file and respond to dispositive motions. In this regard the plaintiff's counsel wishes to advise the Court that she will be out of the country on a pre-paid vacation from November 28, 2005 until December 12, 2005.

As grounds for this motion, the parties state that the parties have been involved in resolving outstanding discovery disputes in an attempt to avoid intervention of the Court. The parties have scheduled depositions but due to the press of other business and vacation schedules of the deponents and counsel are unable to complete depositions at this time. In addition, the parties have begun to discuss the possibility of an early settlement prior to expending significant resources in this matter. Accordingly, the parties would like an

additional six (6) weeks to explore the possibility of settlement and complete non-expert depositions.

Respectfully submitted,

| THE DEFENDANT | THE PLAINTIFF |
| By its Attorneys | By her Attorney, |

/s/ James E. Wallace Jr.   /s/ Suzanne Garrow
James E. Wallace, Jr. BBO# 513440   Suzanne Garrow BBO# 636548
Kathryn Abare-O'Connell BBO# 647594   Heisler, Feldman & McCormick, P.C.
Bowditch & Dewey, LLP   1145 Main Street, Suite 508
311 Main Street, P.O. Box 15156   Springfield, MA 01103
Worcester, MA 01615   (413) 788-7988
(508) 791-3511