UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA WASHINGTON,            )
           Plaintiff    )
                         )
v.                              )    Civil Action No. 04-30129-KPN
                         )
                         )
SPRINGFIELD COLLEGE,            )
           Defendant    )

REVISED SCHEDULING ORDER
August 4, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS in part the parties' Joint Motion to Modify Pretrial Scheduling Order (Document No. 16) and revises the schedule as follows:

1. Non-expert depositions shall be completed by September 15, 2005.

2. Counsel shall appear for a case management conference on September 16, 2005, at 10:30 a.m. in Courtroom Three. The August 30, 2005 conference is cancelled.

3. Counsel shall still appear for a final pretrial conference on October 14, 2005, at 2:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order previously entered.

4. Trial shall commence on October 24, 2005, at 9:00 a.m.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge