UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA WASHINGTON,            )
          Plaintiff    )
                       )
                       )
   v.                            )   Civil Action No. 04-30129-KPN
                       )
                       )
SPRINGFIELD COLLEGE,             )
          Defendant    )

## SETTLEMENT ORDER OF DISMISSAL
September 7, 2005

      The court, having been advised on August 12, 2005, that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

      By the Court,


      /s/ Bethaney A. Healy
      Bethaney A. Healy
      Deputy Clerk