UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| PATRICIA WASHINGTON, ) | CIVIL ACTION NO. 04-30129-KPN |
| ) | |
| Plaintiff, ) | JAMES E. WALLACE, JR BBO# 513440 |
| ) | KATHRYN ABARE-O'CONNELL BBO# 647594 |
| v. ) | |
| ) | SUZANNE GARROW, BBO # 636548 |
| SPRINGFIELD COLLEGE, ) | |
| ) | |
| Defendant. ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Patricia Washington, and Defendant, Springfield College, hereby stipulate that the Complaint in this matter be dismissed with prejudice and without costs.

| | |
|---|---|
| PATRICIA WASHINGTON<br>By her attorney, | SPRINGFIELD COLLEGE<br>By its attorneys, |
| *[signature]* | *[signature]* |
| Suzanne Garrow, BBO # 636548<br>Heisler, Feldman & McCormick, PC<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413)788-7988 | James E. Wallace, Jr., BBO# 513440<br>Kathryn Abare-O'Connell, BBO# 647594<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-15156<br>(508) 791-3511 |

Date: 9/15/2005